### 7781.  ROBINSON *v.* THE STATE.

HODGES, J.  The verdict finding the plaintiff in error guilty of keeping and maintaining a gaming-house was authorized by the evidence and is not contrary to law.                          *Judgment affirmed.*
                        DECIDED OCTOBER 18, 1916.

Indictment for keeping gaming-house; from Glynn superior court—Judge Highsmith.  August 2, 1916.

*A. D. Gale,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* contra.